| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:20CR9 |
| DEFENDANT | TYPE OF PROCESS |
| NIMA RODEFSHALOM, ET AL. | DISPOSE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SEE BELOW

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

**RECEIVED**
By U.S. MARSHALS PGH, PA at 11:34 am, Jun 01, 2022

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| LEE J. KARL, ASSISTANT U.S. ATTORNEY<br>JOSEPH F. WEIS, JR. U.S. COURTHOUSE<br>700 GRANT ST., SUITE 4000<br>PITTSBURGH, PA 15219 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
PURSUANT TO THE ATTACHED MOTION FOR FINAL ORDER OF FORFEITURE AND ORDER DATED MAY 31, 2022, PLEASE DISPOSE OF THE U.S. CURRENCY IN ACCORDANCE WITH FEDERAL ASSET FORFEITURE LAW.

Signature of Attorney other Originator requesting service on behalf of:
**Lee Karl** — Digitally signed by Lee Karl Date: 2022.06.01 09:50:00 -04'00'
[X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: 412-894-7488
DATE: 6/1/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. 068 | District to Serve No. 068 | Signature of Authorized USMS Deputy or Clerk | Date 06/01/2022 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 06/02/2022   Time: [ ] am [ ] pm

Address *(complete only if different than shown above)*

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
CATS No. 20-FBI-003316, -003315, -003314, -003313, -003310, -003285, -003286, -003287, -003288, -003292, -003293, 003284, -003283, -003282, and 21-FBI-004690/ jmm

06/02/2022 Deposited currency into AFF

**FILED**
JUN 13 2022
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Capture # 068 - 1:2020-CR-00009- 1-15

Form USM-285
Rev. 03/21